UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PEDRO LINARES,<br>　　　　Plaintiff,<br>　　v.<br>ALLIANCEONE RECEIVABLES<br>MANAGEMENT, INC.,<br>　　　　Defendant.<br>_____/ | No. C 12-5680 LB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　June 12, 2013<br>Mediator:　Thomas LoSavio |

　　　IT IS HEREBY ORDERED that the request for defendant AllianceOne Receivables Management, Inc.'s insurer representative, Colleen Reilly, to be excused from participating in the June 12, 2013, mediation session before Thomas LoSavio is DENIED. The court finds that defendant has not made adequate showing that requiring Ms. Reilly to attend the mediation in person would cause her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the request is denied and Ms. Reilly shall attend the session in person.

　　　IT IS SO ORDERED.

June 3, 2013　　　　　　　　　　By:　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge