United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

PEDRO LINARES, on behalf of himself and all others similarly situated,

    Plaintiff,

    v.

ALLIANCE ONE RECEIVABLES MANAGEMENT INC.,

    Defendant.
_____/

No. CV12-05680 LB

**REVISED CASE MANAGEMENT ORDER AND PRETRIAL ORDER (JURY)**

    The court issues this revised schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 8/29/2013 |
| Further Case Management Conference | 9/5/2013 at 11:00 a.m. |
| ADR completion date | 8/30/2013 |
| Last Hearing date for Class Certification Motion | 10/3/2013 |
| Non-expert discovery completion date | 9/30/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 8/1/2013 |
| Rebuttal expert disclosures | 8/30/2013 |

ORDER
CV12-05680 LB

| | |
|---|---|
| Expert discovery completion date | 9/30/2013 |
| Last hearing date for dispositive motions and/or further case management conference | 12/5/2013, at 11:00 a.m. |
| Meet and confer re pretrial filings | 1/7/2014 |
| Pretrial filings due | 1/16/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 1/23/2014 |
| Final Pretrial Conference | 2/6/2014, at 11:00 a.m. |
| Trial | 2/18/2014, at 8:30 a.m. |

The court directs the parties to submit a proposed order in 7 days either selecting a settlement magistrate judge for a settlement conference to be held by August 30, 2013 (if the magistrate judge's schedule permits it).

Dated: July 3, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER
CV12-05680 LB                    2