United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PEDRO LINARES, on behalf of himself and all others similarly situated, | No. CV12-05680 LB |
| Plaintiff, | **REVISED CASE MANAGEMENT ORDER AND PRETRIAL ORDER (JURY)** |
| v. | |
| ALLIANCE ONE RECEIVABLES MANAGEMENT INC., | |
| Defendant. | |

The court issues this revised schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 8/29/2013 |
| Further Case Management Conference | 9/5/2013 at 11:00 a.m. |
| ADR completion date | 8/30/2013 |
| Last Hearing date for Class Certification Motion | 10/3/2013 |
| Non-expert discovery completion date | 9/30/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 8/1/2013 |
| Rebuttal expert disclosures | 8/30/2013 |

ORDER
CV12-05680 LB

| Expert discovery completion date | 9/30/2013 |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 12/5/2013, at 11:00 a.m. |
| Meet and confer re pretrial filings | 1/7/2014 |
| Pretrial filings due | 1/16/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 1/23/2014 |
| Final Pretrial Conference | 2/6/2014, at 11:00 a.m. |
| Trial | 2/18/2014, at 8:30 a.m. |

The court directs the parties to submit a proposed order in 7 days either selecting a settlement magistrate judge for a settlement conference to be held by August 30, 2013 (if the magistrate judge's schedule permits it).

Dated: July 3, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV12-05680 LB                           2