UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PEDRO LINARES,

Plaintiff,

v.

ALLIANCE ONE RECEIVABLES MANAGEMENT INC,

Defendant.
_____/

No. C 12-05680 LB

**ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT**

On September 2, 2013, Plaintiff Pedro Linares filed his acceptance of Defendant Alliance One Receivables Management Inc.'s offer of judgment under Federal Rule of Civil Procedure 68. *See* ECF No. 50. Rule 68 requires the clerk to enter judgment. Accordingly, the parties shall file a proposed order of judgment and e-mail a Word or Wordperfect compatible version of it to the court's proposed orders inbox – lbpo@cand.uscourts.gov. The parties also are to advise the court whether they are able to agree on fees, whether they intend to file a noticed motion, and whether a facilitated settlement conference on the fees issue would be helpful. The court keeps the case management conference scheduled for November 14, 2013 as a hold date, denies as moot Plaintiff's motion for class certification, and vacates the October 3, 2013 hearing.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05680 LB
ORDER