1   JEFFREY A. TOPOR (SBN 195545)
    jtopor@snllp.com
2   CHRISTOPHER M. SPAIN (SBN 265465)
    cspain@snllp.com
3   SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
4   San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
5   Facsimile:   (415) 352-2625

6   Attorneys for defendant
    ALLIANCE ONE RECEIVABLES
7   MANAGEMENT INC.

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  PEDRO LINARES, on behalf of        )   CASE NO.: 3:12-cv-05680-LB
    himself and all others similarly   )
13  situated,                          )
                                       )   **STIPULATION TO CONTINUE**
14                                     )   **BRIEFING SCHEDULE AND**
                 Plaintiff,            )   **HEARING DATE RE: PLAINTIFF'S**
15                                     )   **MOTION FOR ATTORNEY FEES,**
                 vs.                   )   **AND TO CONTINUE CASE**
16                                     )   **MANAGEMENT CONFERENCE**
                                       )   ORDER
17  ALLIANCE ONE RECEIVABLES           )
    MANAGEMENT INC.,                   )   Assigned to:   Magistrate Judge Laurel
18                                     )                  Beeler
                                       )
19               Defendant.            )
                                       )
20  ─────────────────────────────     )

21

22

23

24

25

26

27

28  LINARES V. ALLIANCE ONE RECEIVABLES MANAGEMENT INC. (CASE NO.: 3:12-cv-05680-LB)
    STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE
    RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, AND TO
    CONTINUE CASE MANAGEMENT CONFERENCE

1    Whereas Plaintiff Pedro Linares ("Linares") and Defendant AllianceOne
2    Receivables Management, Inc. ("AllianceOne") hereby stipulate and agree as
3    follows:

4    1.    On September 2, 2013, Plaintiff Linares filed his Notice of
5    Acceptance of Offer of Judgment.  *See* Notice (Doc. No. 50).

6    2.    On September 5, 2013, the Court issued an Order regarding Plaintiff's
7    Notice of Acceptance, directing the parties to advise the court on issues related to
8    Plaintiff's attorneys' fees and noting that the Court was keeping the case
9    management conference set for November 14, 2013.  *See* Order (Doc. No. 52).

10   3.    On October 17, 2013, Plaintiff filed his Motion for Attorney Fees and
11   set the matter for hearing on November 21, 2013 at 9:30 a.m.  *See* Motion (Doc.
12   No. 54).  Accordingly, AllianceOne's response is currently due on October 31,
13   2013 and Plaintiff's reply is due on November 7, 2013.  *See id*.

14   4.    The parties recently reached an agreement as to the amount of
15   attorneys' fees and costs that Plaintiff is entitled to as a result of Plaintiff's Notice
16   of Acceptance of Offer of Judgment.

17   5.    Plaintiff Linares and Defendant AllianceOne hereby stipulate and
18   agree, and hereby jointly request that the Court continue the filing deadlines for
19   AllianceOne's response to Plaintiff's fee motion and Plaintiff's reply, as well as
20   the November 21, 2013 hearing date, for 45 days to allow the parties to finalize
21   their agreement.  The parties also jointly request that the Court continue the
22   November 14, 2013 case management conference and the parties' deadline to file
23   a joint case management report for 45 days.
24   IT IS SO STIPULATED.

25   **[signatures on the next page]**

26
27
28

1

DATED: October 28, 2013

SIMMONDS & NARITA LLP
JEFFREY A. TOPOR
CHRISTOPHER M. SPAIN

2

3

4

By:   /s/ Christopher M. Spain
    Christopher M. Spain
    Attorneys for Defendant AllianceOne
    Receivables Management, Inc.

5

6

DATED: October 28, 2013

HORWITZ, HORWITZ & ASSOCIATES
O. RANDOLPF BRAGG

7

8

9

By:   /s/ O. Randolph Bragg
    O. Randolph Bragg
    Attorney for Plaintiff

10

11

Case Management Conference and Motion for Attorney Fees reset to January 16, 2014
at 9:30 a.m.

12

Date:   October 31, 2013

13

14

15

APPROVED

16

17

Judge Laurel Beeler

18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

LINARES V. ALLIANCE ONE RECEIVABLES MANAGEMENT INC. (CASE NO.: 3:12-cv-05680-LB)
STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE
RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, AND TO
CONTINUE CASE MANAGEMENT CONFERENCE

2.