1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  CHRISTOPHER M. SPAIN (SBN 265465)
   cspain@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6  Attorneys for defendant
   ALLIANCE ONE RECEIVABLES
7  MANAGEMENT INC.

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  PEDRO LINARES, on behalf of       )  CASE NO.: 3:12-cv-05680-LB
    himself and all others similarly  )
13  situated,                         )
                                      )
14                                    )  **STIPULATION TO CONTINUE
                                      )  BRIEFING SCHEDULE AND
15           Plaintiff,               )  HEARING DATE RE: PLAINTIFF'S
                                      )  MOTION FOR ATTORNEY FEES,
16           vs.                      )  AND TO CONTINUE CASE
                                      )  MANAGEMENT CONFERENCE**
17  ALLIANCE ONE RECEIVABLES          )  ORDER
    MANAGEMENT INC.,                  )  Assigned to:   Magistrate Judge Laurel
18                                    )                 Beeler
                                      )
19           Defendant.              )
                                     )
20  _____      )

21

22

23

24

25

26

27

28  LINARES V. ALLIANCE ONE RECEIVABLES MANAGEMENT INC. (CASE NO.: 3:12-cv-05680-LB)
    STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE
    RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, AND TO
    CONTINUE CASE MANAGEMENT CONFERENCE

1    Whereas Plaintiff Pedro Linares ("Linares") and Defendant AllianceOne

2  Receivables Management, Inc. ("AllianceOne") hereby stipulate and agree as

3  follows:

4    1.    On September 2, 2013, Plaintiff Linares filed his Notice of

5  Acceptance of Offer of Judgment.  *See* Notice (Doc. No. 50).

6    2.    On September 6, 2013, the Court issued an Order regarding Plaintiff's

7  Notice of Acceptance, directing the parties to advise the court on issues related to

8  Plaintiff's attorneys' fees and noting that the Court was keeping the case

9  management conference set for November 14, 2013.  *See* Order (Doc. No. 52).

10    3.    On October 17, 2013, Plaintiff filed his Motion for Attorney Fees and

11  Costs.  *See* Motion (Doc. No. 54).  Hearing on this matter is set for January 16,

12  2014 at 9:30 a.m.  (Doc. No. 59).

13    4.    On December 16, 2013, the Court issued a notice ordering

14  AllianceOne to file any opposition by December 16, 2013 and ordering Linares to

15  file any Reply by December 23, 2013.  *See* Clerks Notice (Doc. No. 60).  The

16  Court also ordered the parties to file an update on December 16, 2013.  *See id*.

17    5.    The parties submit this Stipulation in response to the Court's

18  December 16, 2013 Notice and to update the Court.  The parties reached an

19  agreement as to the amount of attorneys' fees and costs that Plaintiff is entitled to

20  as a result of Plaintiff's Notice of Acceptance of Offer of Judgment.  The parties

21  are in the process of completing the resolution and payment of the agreement.

22  Plaintiff's Motion for an Award of Attorneys Fees and Costs will be withdrawn

23  upon completion of the agreement.

24    6.    Plaintiff Linares and Defendant AllianceOne hereby stipulate and

25  agree, and hereby jointly request that the Court continue the filing deadlines for

26  AllianceOne's response to Plaintiff's fee motion and Plaintiff's reply, as well as

27

28

1  the January 16, 2014 hearing date, for 45 days to allow the parties to complete

2  their agreement.

3  IT IS SO STIPULATED.

4

5  DATED: December 16, 2013          SIMMONDS & NARITA LLP
                                     JEFFREY A. TOPOR
6                                    CHRISTOPHER M. SPAIN

7
                                     By:   /s/ Christopher M. Spain
8                                          Christopher M. Spain
                                           Attorneys for Defendant AllianceOne
9                                          Receivables Management, Inc.

10
   DATED: December 16, 2013          HORWITZ, HORWITZ & ASSOCIATES
11                                   O. RANDOLPF BRAGG

12
                                     By:   /s/ O. Randolph Bragg
13                                         O. Randolph Bragg
                                           Attorney for Plaintiff
14

15

16    Motion Hearing reset to February 20, 2014 at 9:30 a.m.
      Opposition due January 20, 2014.  Reply due February 3, 2014.
17    Date:  December 18, 2013

18

19

20

21                              APPROVED

22

23                              Judge Laurel Beeler

24

25

26

27

28